UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TODD KREISLER,

            Plaintiff,          Case No.: 10cv7592 (RJS)

                                      Judge Richard J. Sullivan

    -against-

SECOND AVENUE DINER CORP. d/b/a
PLAZA DINER, and J.J.N.K. CORP.,

            Defendants.

--------------------------------------------------------X

### DECLARATION OF PAUL STAMATELATOS IN SUPPORT OF THE OPPOSTION TO PLAINTIFF'S MOTION FOR FEES AND COSTS

      Paul Stamatelatos, pursuant to 28 U.S.C.§ 1746, declares under penalty of perjury that the following is true and correct:

      1.    I am a member of this Court and in good standing and I am counsel to Defendants, Second Avenue Diner Corp. d/b/a Plaza Diner ("Plaza Diner") and J.J.N.K. Corp., and submit this Declaration upon my own personal knowledge in support of the Defendants opposition to Plaintiff's Motion for Fees and Costs.

      2.    I submit this Declaration to put before the Court the duration of the depositions, the Court conferences and conference had with Plaintiff's counsel.

      3.    I made the following entries in my file relating to the duration of the depositions, Court conferences and conference had with Plaintiff's counsel:

2

<u>Court Conferences</u>

| | | |
|---|---|---|
| December 17, 2010 | - | 30 minutes |
| February 4, 2011 | - | 30 minutes |
| February 18, 2011 | - | 50 minutes |
| July 25, 2011 | - | 35 minutes |
| August 8, 2011 | - | 40 minutes |

<u>Conference with Plaintiff's Counsel</u>

| | | |
|---|---|---|
| April 9, 2011 | - | 40 minutes |

<u>Depositions</u>

| | | |
|---|---|---|
| June 30, 2011 | - | 3 hours |

4. I respectfully request that Plaintiff's Motion for Fees and Costs be denied and for such other relief as the Court deems just and proper.

Dated: November 8, 2012
      Astoria, NY

Respectfully submitted,

s/ Paul Stamatelatos
Paul Stamatelatos, Esq. (PS4437)
Attorney for Defendants
36-19 Broadway, 2nd Floor
Astoria, NY 11106
Tel. (718) 956-8144
Fax. (718) 956-8147
Email: paulstamatelatos@yahoo.com