**LAW OFFICES OF ADAM SHORE, PLLC**

100 Park Avenue, Suite 1600
New York, New York 10017
(t) 646-476-4296
(f) 646-390-7422
atsesq@gmail.com

January 22, 2013

**VIA ECF**
Ms. Zoi Kourkoumelis
United States Court of Appeals for The Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   **Todd Kreisler v. Second Avenue Diner Corp., and J.J.N.K. Corp.**
            **DC Docket#: 10cv7592**
            **Docket #12-4093cv**

Dear Ms. Kourkoumelis:

    In accordance with the directives of Document 43, please be advised the undersigned will no longer be lead counsel in the above referenced matter. Philip A. Byler will be handling all matters related to the appeal on the above referenced matter.

    Thank you.

                                                            Respectfully submitted,

                                                            */s/Adam Shore*
                                                             Adam T. Shore

cc:    **VIA E-MAIL AND ECF**
        Andrew T. Miltenberg, Esq.
        Nesenoff & Miltenberg, LLP

        **VIA E-MAIL AND ECF**
        Philip A. Byler, Esq.
        Nesenoff & Miltenberg, LLP