UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TODD KREISLER,                                         Case No.: 10 Civ 7592 (RJS)

            Plaintiff,

    -against-

SECOND AVENUE DINER CORP. d/b/a
PLAZA DINER and J.J.N.K. CORP.,

            Defendants.

----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2013, the Notice of Motion For Reconsideration or Re-Argument of the Court's Memorandum and Order dated July 31, 2013 and Memorandum of Law in Support Of Motion For Reconsideration or Re-Argument were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              s/   Paul Stamatelos
                                              Paul Stamatelos, Esq. (PS4437)
                                              Attorney for Defendants
                                              36-19 Broadway
                                              2nd Floor
                                              Astoria, NY 11106
                                              Tel: (718) 956-8144
                                              Fax:(718) 956-8147
                                              Email: paulstamatelos@yahoo.com