Sullivan, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-13
```

TODD KREISLER,

                 Plaintiff,     Civil Action No. 10 Civ. 7592 (RJS)
                                                      ECF CASE

-v-

                                                      **FINAL JUDGMENT**

SECOND AVENUE DINER CORP.,
a New York corporation, d/b/a PLAZA
DINER, and J.J.N.K. CORP.,
a New York corporation,

                 Defendants.

------------------------------------------------------X

RICHARD J. SULLIVAN, U.S.D.J.:

     This Court entered an Order awarding Plaintiff appellate attorneys' fees in the amount of $20,362.50, against defendants Second Avenue Diner Corp. d/b/a Plaza Diner, and J.J.N.K. Corp.

     **ORDERED, ADJUDGED AND DECREED**: Plaintiff, Todd Kreisler, has final judgment against defendants Second Avenue Diner Corp., d/b/a Plaza Diner, and J.J.N.K. Corp., requiring defendants Second Avenue Diner Corp., and J.J.N.K. Corp. to pay the Plaintiff $20,362.50 in appellate attorneys' fees.

Dated: December ___, 2013
          New York, New York

                                                   SO ORDERED:

                                                   THE HONORABLE RICHARD J. SULLIVAN
                                                   UNITED STATES DISTRICT JUDGE

                                                   12/2/13