N.Y.S.D. Case #
10-cv-7592(RJS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand and fourteen.

_____

Todd Kreisler,

Plaintiff-Appellee,

v.

Second Avenue Diner Corp., a New York corporation doing business as Plaza Diner, J.J.N.K. Corp., a New York Corporation,

Defendants-Appellants.

_____

STATEMENT OF COSTS

Docket No. 12-4093

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 09, 2014

IT IS HEREBY ORDERED that costs are to be taxed in the amount of $201.80 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/09/2014